THE UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11552

|  |  |
|---|---|
| J.R., by and through his mother and next friend, ANY DEPINA and ANY DEPINA<br>    PLAINTIFFS,<br><br>v.<br><br>CITY OF BOSTON, MASSACHUSETTS, DEPARTMENT OF CHILDREN AND FAMILIES, CAMP JOY, INC. and AYANNA S. RICHARDSON<br>    DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PARTIES

1. The Plaintiff, J.R. (hereinafter "J.R.") is a five year old minor child who was born on 2/12/2006 to his next friend and mother, Any Depina, a resident of 16 Ridgewood Street, Dorchester, Massachusetts 02122.

2. The Plaintiff, Any Depina, (hereinafter "Depina") is a resident of 16 Ridgewood Street, Dorchester, Massachusetts 02122.

3. The Defendant, City of Boston (hereinafter "City"), is a municipal corporation located in the Commonwealth of Massachusetts that runs a Summer Program for Youth with Disabilities or Special Needs which has a principal place of business located at One City Hall Square, Boston, MA 02201.

4. The Defendant, Department of Children and Families (hereinafter "DCF"), is a State Agency with its principal place of business at 24 Farnsworth Street Boston, MA 02210.

5. The Defendant, Camp Joy, Inc. (hereinafter "Camp Joy") is a corporation with its principal place of business located at E. Windsor Road., Peru, Massachusetts.

6. The Defendant, Ayanna S. Richardson (hereinafter "Richardson") is an individual who resides in Massachusetts and is a former employee of Camp Joy, Inc.

## FACTS

7. On or about July 1, 2010, Depina was supplied with information from DCF, that J.R. was accepted into a program with Camp Joy.

8. On or about July 1, 2010, J.R. was accepted to a program with Camp Joy, located at the Holland School in Dorchester, Massachusetts.

9. On or about, July 12, 2010, J.R. attended the Camp Joy program.

10. Defendant, Richardson was, at the time of the incident working as a Camp Counselor employee for Camp Joy.

11. During J.R.'s time at Camp Joy, J.R. was videotaped cursing and swearing, at the provocation of several persons, including camp counselors and Defendant, Richardson.

12. On or about August 2010, the Depina was informed by her brother that her son was on Facebook where he was videotaped without parental consent where the Defendant, Richardson told the minor child to say "Fucking Ass Bitch" and told him to say it louder and louder.

13. On or about August 5, 2010, Depina filed a police report stating that a video of her son had been posted to the website, YouTube. See police report attached hereto and incorporated by reference as Exhibit "A".

14. On or about August 2010, the Depina contacted the Director of Camp Joy, who called her back and Depina described the incident.

15. The director indicated that she would be firing individuals that were involved for either participating or not reporting the incident. She also indicated that she would be filing a 51A although Depina never received any confirmation of any of the above.

16. On or about August 2010, J.R. did not return to the camp.

17. Since this incident, J.R. has exhibited difficulty emotionally.

## COUNT ONE - VIOLATION OF M.G.L. c. 214 §B

18. Plaintiffs reallege the allegations contained in Paragraphs 1-17 as if restated fully herein.

19. Defendant, Richardson, has violated Plaintiffs Right to Privacy, pursuant to M.G.L. c. 214 §1B.

20. Defendant, Richardson, videotaped J.R. without the consent of Depina.

2

21. Defendant, Richardson, through the placing of the video onto YouTube has portrayed the Plaintiffs in false light.

## COUNT TWO - NEGLIGENT SUPERVISION AS TO CAMP JOY

22. Plaintiffs reallege the allegations contained in Paragraphs 1-21 as if restated fully herein.

23. Defendant, Camp Joy, negligently supervised its counselors, and as a result of this negligent supervision this incident was able to take place.

## COUNT THREE - FALSE LIGHT

24. Plaintiffs reallege the allegations contained in Paragraphs 1-23 as if restated fully herein.

25. Defendants, through their actions and omissions regarding the posted video recording, have portrayed Plaintiffs in a false light.

## COUNT FOUR - DEFAMATION

26. Plaintiffs reallege the allegations contained in Paragraphs 1-25 as if restated fully herein.

27. Defendants, through their actions and omissions have defamed the Plaintiffs.

## COUNT FIVE - NEGLIGENCE AS TO DCF

28. Plaintiffs reallege the allegations contained in Paragraphs 1-27 as if restated fully herein.

29. Defendant, DCF, negligently placed J.R. in a program where J.R. was subject to mistreatment.

## COUNT SIX - NEGLIGENCE AS TO CAMP JOY

30. Plaintiffs reallege the allegations contained in Paragraphs 1-29 as if restated fully herein.

31. Camp Joy, has violated the rights of Plaintiffs, by failing to act to protect Plaintiffs from privacy invasion and exploitation when it willingly assumed the duty to act *in loco parentis*.

32. Camp Joy, acting as an employer is subject to vicarious liability since Defendant Richardson, was an employee and was acting within her capacity as such.

## COUNT SEVEN - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

33. Plaintiffs reallege the allegations contained in Paragraphs 1-32 as if restated fully herein.

34. Defendants have intentionally inflicted emotional distress upon the Plaintiffs and as a result have caused them harm.

## COUNT EIGHT - VICARIOUS LIABILITY AS TO THE CITY OF BOSTON

35. Plaintiffs reallege the allegations contained in Paragraphs 1-34 as if restated fully herein.

36. Defendant, City of Boston, as an agent of Camp Joy is subject to vicarious liability on all counts as it funded and oversees the operations of DCF.

## PRAYERS FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant the following:

1. Grant Plaintiffs compensatory damages equal to that of the damage suffered by Plaintiffs;

2. Grant Plaintiffs an injunction requiring the video be taken down and permanently removed from YouTube and any and all other mediums of communication and storage;

3. Grant the Plaintiffs punitive damages as a result of Defendants' acts and omissions;

4. Any other relief that this Honorable Court may deem just and proper.

Dated: 9/5/11

Christine Cedrone Logan, Esquire
Christine Cedrone Logan & Associates, P.C.
21 McGrath Highway, Suite 306
Quincy, MA 02169
617-934-0709
617-328-0689 fax
BBO No. 659355

# EXHIBIT "A"

# EXHIBIT "A"

Requested by: 114273  Requested on: 08/06/2010 11:20:23 AM

# BostonPolice
### Edward F Davis, Police Commissioner

## INCIDENT REPORT

**STATUS: APPROVED**  
**ORIGINAL**

| KEY SITUATIONS | COMPLAINT NO. | RPT DIST. | CAD RA | RPT RA | CLEAR. DIST. |
|---|---|---|---|---|---|
| Others | 100423493 | C11 | 352 | 352 | |

| UCR INCIDENT DESCRIPTION | UCR FINAL INCIDENT DESCRIPTION | STATUS | DATE OCCURRED FROM | DATE OCCURRED TO |
|---|---|---|---|---|
| INVESTIGATE PERSON | INVESTIGATE PERSON | | 08/05/2010 | 08/05/2010 |

| LOCATION OF INCIDENT | APT | DISPATCH TIME | TIME OCCURRED FROM | TIME OCCURRED TO |
|---|---|---|---|---|
| 4 LEROY ST | | | 07:11 PM | 07:11 PM |

| NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY | WEATHER | LIGHTING |
|---|---|---|---|---|

| TYPE OF WEAPON-TOOL | SUSPECT MODE OF TRANSPORTATION | VICTIM'S ACTIVITY | SUSPECT RELATIONSHIP TO VICTIM |
|---|---|---|---|

**UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR**

### PERSONS

**Type 1 — VICTIM**  
NAME (LAST, FIRST, MI): DEPINA, ANY  
S.S. NO.: 0  
BOOKING NO.: — DOCKET NO.: —  
ALIAS: —  
ADDRESS: 4 LEROY ST, DORCHESTER MA 02124-0000  
GENDER: FEMALE  RACE: N/A  DOB: —  AGE: 0  
HEIGHT: 0-00  WEIGHT: 000  BUILD: N/A  HAIR: —  EYES: —  
OCCUPATION: UNKNOWN  MARITAL STATUS: Unknown  EMAIL ADDRESS: —  
CONTACT #1: (617)-840-8132  CONTACT #2: (000)-000-0000  
SPECIAL CHARACTERISTICS (INCLUDING CLOTHING): —

**Type 2 — REPORTER**  
NAME (LAST, FIRST, MI): SAME AS ABOVE  
S.S. NO.: 0  BOOKING NO.: —  DOCKET NO.: —  
ALIAS: — ADDRESS: — GENDER: — RACE: — DOB: — AGE: 0  
HEIGHT: — WEIGHT: — BUILD: — HAIR: — EYES: —  
OCCUPATION: — MARITAL STATUS: — EMAIL ADDRESS: —  
CONTACT #1: — CONTACT #2: —  
SPECIAL CHARACTERISTICS (INCLUDING CLOTHING): —

### NARRATIVE AND ADDITIONAL INFORMATION:

MS. DEPINA CALLED TO REPORT THAT HER 4-YEAR-OLD SON ATTENDS A THERAPEUTIC CAMP AND SOMEONE AT THE CAMP POSTED A VIDEO OF HER SON SWEARING ON YOUTUBE. MS. DEPINA STATED THAT SHE DISCOVERED THE VIDEO AFTER HER BROTHER SHOWED IT TO HER TODAY. MS. DEPINA STATED THAT SHE DOESNT KNOW WHEN THE VIDEO WAS TAKEN OR WHO POSTED ON YOUTUBE.

| UNIT ASSIGNED | SHIFT | REPORTING OFFICER'S NAME | REPORTING OFFICER'S ID | PARTNER'S ID |
|---|---|---|---|---|
| ND96 | 3 | TERRELL HICKS | 81712 | 0 |

**SPECIAL UNITS NOTIFIED(REPORTING):**

| DATE OF REPORT | TIME COMPLETED | APPROVING SUPERVISOR NAME | APPROVING SUPERVISOR ID |
|---|---|---|---|
| 08/05/2010 | 07:45 PM | BRIAN J. MCEACHERN | 11339 |



| PERSONS | 5 | TYPE<br>OFFENDER | NAME (LAST, FIRST, MI)<br>RICHARDSON, AYANNA S. | S.S. NO.<br>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 | BOOKING NO.<br>0 | DOCKET NO. | |
|---|---|---|---|---|---|---|---|
| | | ALIAS | ADDRESS | GENDER<br>FEMALE | RACE<br>BLACK NON-HISPANIC | DOB | AGE<br>0 |
| | | HEIGHT | WEIGHT | BUILD<br>UNKNOWN | HAIR | EYES | |
| | | OCCUPATION<br>CAMP JOY EMPLOYEE | MARITAL STATUS | EMAIL ADDRESS | | CONTACT #1<br>(617)-438-3771 | CONTACT #2<br>(000)-000-0000 |
| | | SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | |

**NARRATIVE AND ADDITIONAL INFORMATION:**

About 11:00 AM Friday 08/06/10 while assigned to the HD96 Front Desk at District C-11, Clerk McHale was approached by victim Any M. Depina. Victim stated she wanted to add information to the police report she filed 08/05/10. Victim stated her four year old son, Jayden Romao(victim) had been exploited by a Camp Counselor 08/05/10 about 12:00 PM.

Victim stated she had information to add to Incident, CC #100423493 reported 08/05/10. Victim stated the suspects name, Ayanna S. Richardson. Victim stated she has been in contact with Camp Joy's unit Manager Roberta Smalls (witness). Manager informed her the suspect, Ayanna S. Richardson had been fired from her position at Camp Joy.

| UNIT ASSIGNED<br>HD96 | SHIFT<br>2 | REPORTING OFFICER'S NAME<br>McHale, Allison | REPORTING OFFICER'S ID<br>114273 | PARTNER'S ID<br>0 |
|---|---|---|---|---|

SPECIAL UNITS NOTIFIED(REPORTING)

| DATE OF REPORT<br>08/06/2010 | TIME COMPLETED<br>11:19 AM | APPROVING SUPERVISOR NAME<br>N/A | APPROVING SUPERVISOR ID<br>0 |
|---|---|---|---|



Requested by : 114273                           Requested on : 08/06/2010 11:19:20 AM



**Edward F Davis, Police Commissioner**

## INCIDENT REPORT

| SUPPLEMENT NO. 1 OF 1 | | | | | STATUS: UNAPPROVED | |
|---|---|---|---|---|---|---|
| KEY SITUATIONS | COMPLAINT NO. | RPT DIST. | CAD RA | RPT RA | CLEAR. DIST. | |
| Others | 100423493 | C11 | 352 | 0 | | |
| UCR INCIDENT DESCRIPTION | UCR FINAL INCIDENT DESCRIPTION | STATUS | DATE OCCURRED FROM | DATE OCCURRED TO | | |
| | INVESTIGATE PERSON | | 08/05/2010 | 08/06/2010 | | |
| LOCATION OF INCIDENT | | APT | DISPATCH TIME | TIME OCCURRED FROM | TIME OCCURRED TO | |
| 4 LEROY ST | | 2 | | 12:00 PM | 11:00 AM | |
| NEIGHBORHOOD | TYPE OF BUILDING | | PLACE OF ENTRY | WEATHER | LIGHTING | |
| TYPE OF WEAPON-TOOL | SUSPECT MODE OF TRANSPORTATION | VICTIM'S ACTIVITY | | SUSPECT RELATIONSHIP TO VICTIM | | |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | | | | | | |

### PERSONS 1

| TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| VICTIM | DEPINA, ANY | | 0 | |
| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
| | 4 LEROY ST 2, DORCHESTER MA 02122-0000 | FEMALE | BLACK HISPANIC | 02/15/1977 | 33 |
| HEIGHT | WEIGHT | BUILD | HAIR | EYES | |
| 5-04 | 000 | MEDIUM | BROWN | BROWN | |
| OCCUPATION | MARITAL STATUS | EMAIL ADDRESS | CONTACT #1 | CONTACT #2 | |
| LAB ASSISTANT | Unmarried | AMDEPINA1@HOTMAIL.COM | (617)-840-8132 | (000)-000-0000 | |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | |

### PERSONS 2

| TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| VICTIM | ROMAO, JAYDEN | | 0 | |
| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
| | 4 LEROY ST 2, DORCHESTER MA 02122-0000 | MALE | BLACK HISPANIC | 02/12/2006 | 4 |
| HEIGHT | WEIGHT | BUILD | HAIR | EYES | |
| 2-10 | 033 | SLIM | BROWN | BROWN | |
| OCCUPATION | MARITAL STATUS | EMAIL ADDRESS | CONTACT #1 | CONTACT #2 | |
| | | | (617)-840-8132 | | |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | |

### PERSONS 3

| TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| REPORTER | DEPINA, ANY | | 0 | |
| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
| | 4 LEROY ST 2, DORCHESTER MA 02122-0000 | | | | 0 |
| HEIGHT | WEIGHT | BUILD | HAIR | EYES | |
| OCCUPATION | MARITAL STATUS | EMAIL ADDRESS | CONTACT #1 | CONTACT #2 | |
| | | | (617)-840-8132 | | |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | |

### PERSONS 4

| TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| WITNESS | SMALLS, ROBERTA | | 0 | |
| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
| | 1483 TREMONT ST, BOSTON MA 02120-0000 | FEMALE | BLACK NON-HISPANIC | | 0 |
| HEIGHT | WEIGHT | BUILD | HAIR | EYES | |
| | | MEDIUM | BROWN | BROWN | |
| OCCUPATION | MARITAL STATUS | EMAIL ADDRESS | CONTACT #1 | CONTACT #2 | |
| UNIT MANAGER BOSTON | | | (617)-635-4920 | | |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | |

Requested by : 114273

Requested on : 08/06/2010 11:19:20 AM